IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00955-ZLW-MEH

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC;
CONSTRUCTION DISBURSEMENT SERVICES, INC.;
KENNETH E. NORTH;
PARADISE VIEW RANCHO MIRAGE, LLC;
GILGER HOMES, LLC;
KIRK GILGER;
NEW CENTURY BUILDERS, INC.;
SUNDANCE MORTGAGE, LLC;
THE ARTISAN GROUP, LLC, d/b/a ARTISAN DEVELOPMENT GROUP;
EHLINE CO.; and
RICHARD EHLINE,

    Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado this __15th__ day of May, 2008.

                                    BY THE COURT:

                                    _____
                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court