IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC;
CONSTRUCTION DISBURSEMENT SERVICES, INC.;
KENNETH E. NORTH;
PARADISE VIEW RANCHO MIRAGE, LLC;
GILGER HOMES, LLC;
KIRK GILGER;
NEW CENTURY BUILDERS, INC.;
SUNDANCE MORTGAGE, LLC;
THE ARTISAN GROUP, LLC, d/b/a ARTISAN DEVELOPMENT GROUP;
EHLINE CO.; and
RICHARD EHLINE,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Defendant Kirk Gilger's Suggestion of Bankruptcy and Notice of Automatic Stay Pursuant to 11 U.S.C. § 362(a) [doc. #60, filed November 6, 2008]. On October, 21, 2008, Defendant Kirk Gilger filed a Voluntary Petition for Chapter 13 relief in the United States Bankruptcy court for the District of Utah, Bankruptcy Case No. 08-27260. Accordingly, this case, as it pertains to Gilger individually, is subject to the automatic stay pursuant to 11 U.S.C. § 362(a). It is hereby

ORDERED that this case is stayed as to Defendant Kirk Gilger, only in his individual capacity. The claims against all other defendants in this case are unaffected.

Dated: November 10, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE