IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC;
KEVIN B. JORDAN;
CONSTRUCTION DISBURSEMENT SERVICES, INC.;
KENNETH E. NORTH;
PARADISE VIEW RANCHO MIRAGE, LLC;
GILGER HOMES, LLC;
KIRK GILGER;
NEW CENTURY BUILDERS, INC.;
SUNDANCE MORTGAGE, LLC;
THE ARTISAN GROUP, LLC, d/b/a ARTISAN DEVELOPMENT GROUP;
EHLINE CO.; and
RICHARD EHLINE,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiff's Request for Lift of Stay as to Defendant Kirk Gilger [doc. #75, filed December 18, 2008]. On October 21, 2008, Defendant Kirk Gilger filed a Voluntary Petition for Chapter 13 relief in the United States Bankruptcy court for the District of Utah, Bankruptcy Case No. 08-27260. Accordingly, I ordered this case, as it pertains to Gilger individually, subject to automatic stay pursuant to 11 U.S.C. § 362(a) on November 6, 2008 [doc. #60]. Plaintiff has informed the Court that the bankruptcy action was dismissed on November 25, 2008. Accordingly, it is

hereby

ORDERED that the stay in this case pursuant to 11 U.S.C. § 362(a) as to Defendant Kirk Gilger is lifted.

Dated: December 23, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE