IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC;
KEVIN B. JORDAN;
CONSTRUCTION DISBURSEMENT SERVICES, INC.;
KENNETH E. NORTH;
PARADISE VIEW RANCHO MIRAGE, LLC;
GILGER HOMES, LLC;
KIRK GILGER;
NEW CENTURY BUILDERS, INC.;
SUNDANCE MORTGAGE, LLC;
THE ARTISAN GROUP, LLC, d/b/a ARTISAN DEVELOPMENT GROUP;
EHLINE CO.; and
RICHARD EHLINE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to Amend First Amended Complaint *(doc. #78)* is GRANTED. Plaintiff's Second Amended Complaint and Jury Demand *(doc no. 78-2)*, tendered to the court on January 15, 2009, is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that the Unopposed Motion for Leave to File Third Party Complaint, Cross Claims, and Counterclaims *(doc. #79)* is GRANTED. The Third-Party Complaint, Cross Claims, and Counterclaims *(doc no. 79-3)*, tendered to the court on January 15, 2009, is accepted for filing as of the date of this order.

**DATED:**    January 20, 2009