IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

 Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

 Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

 Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., *et al.*

 Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

 Cross-claim Plaintiffs,

v.

FIRST AMERICAN MORTGAGE, INC., *et al.*

 Cross-claim Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

 Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

Counterclaim Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that parties stipulated "Motion to Vacate Scheduling Order Deadlines" (*doc. # 95)* is GRANTED. The Scheduling Order, entered on October 7, 2008 (*doc. # 46),* and all accompanying deadlines and hearings are **VACATED**.

IT IS FURTHER ORDERED that the status conference remains set for April 28, 2009 at 10:00 a.m. in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:** February 19, 2009