IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

    Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., *et al.*

    Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

    Cross-claim Plaintiffs,

v.

FIRST AMERICAN MORTGAGE, INC., *et al.*

    Cross-claim Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

    Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

Counterclaim Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Motion of David A. Zisser to Withdraw as Counsel for Orange Coast Title Company of the Inland Empire (*doc. #310)* is GRANTED. Attorney David A. Zisser is relieved of any further representation of *Third-Party Defendant Orange Coast Title Company* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Mr. Zisser and to remove him from the electronic certificate of mailing.

**DATED:**     November 24, 2009