IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 08-cv-00955-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: July 12, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | Austin D. Garner |
| Plaintiff/Cross Defendant, | |
| v. | |
| FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*, | Martin A. Bloom |
| Defendants/Third Party Plaintiffs/Counter Claimants, | |
| KENNETH E. NORTH, | *No appearance* |
| PARADISE VIEW RANCHO MIRAGE, LLC, | *No appearance* |
| GILGER HOMES, LLC, | *No appearance* |
| KIRK GILGER, | *No appearance* |
| NEW CENTURY BUILDERS, INC., | *No appearance* |
| SUNDANCE MORTGAGE, LLC, | *No appearance* |
| ARTISAN GROUP, LLC, THE, | *No appearance* |
| EHLINE CO., | *No appearance* |
| Defendants/Cross Defendants, and | |
| LAWYER'S TITLE COMPANY, | Ivan Call |
| STEWART TITLE OF CALIFORNIA, INC, | Dennis Kaw |
| ORANGE COAST TITLE COMPANY, | Byeongsook Seo |
| LINDA ANDERSON, *et al.*, | *No appearance* |
| GERALD CARLEO, | *No appearance* |
| SHARON CARLEO, | *No appearance* |
| GLORIA DIXON, | *No appearance* |
| RUSSELL E. HARDIMAN, | *No appearance* |
| DENNY NELSON, | *No appearance* |
| JOANN MARGUILES SMITH-SUGGS, | *No appearance* |
| DAVID P. GUZY, | *No appearance* |
| Third Party Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:  8:13 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding failure to submit a Status Report that was due the week of July 5, 2010.

**ORDERED:** FAM Funding's and Stewart Title's Stipulated Motion for Extension of Time to Respond to Written Discovery, doc #[383] is **GRANTED** up to and including August 6, 2010.

**ORDERED:** FAM Funding's and Borrower Defendants' Stipulated Motion for Extension of Time to Respond to Written Discovery, doc #[384] is **GRANTED** up to and including August 6, 2010.

**ORDERED:** FAM Funding's Unopposed Motion for Extension of Time to Respond to Lawyer's Title's Written Discovery Requests, doc #[386] is **GRANTED** up to and including August 6, 2010.

**ORDERED:** FAM Funding's Motion for Extension of Time to Respond to Orange Coast Title's Written Discovery Requests, doc #[387] is **GRANTED** up to and including August 6, 2010.

Discussion regarding Plaintiff's Motion for Leave to File Third Amended Complaint, doc #[375], filed 6/22/2010.

For the reasons as stated on the record, it is:
**ORDERED:** Plaintiff's Motion for Leave to File Third Amended Complaint, doc #[375] is **DENIED WITHOUT PREJUDICE.**

Discussion regarding Motion for Protective Order by Third-Part Plaintiff First American Mortgage Funding, LLC and Defendant First American Mortgage, Inc., doc #[388], filed 7/2/2010.

**ORDERED:** Motion for Protective Order by Third-Party Plaintiff First American Mortgage Funding, LLC and Defendant First American Mortgage, Inc., doc #[388] is **GRANTED IN PART AND DENIED IN PART**. The Motion is granted to the extent that it seeks additional time to **AUGUST 6, 2010** to respond to interrogatories and requests for production. The Motion is granted to the extent that it seeks protection from an obligation to answer 263 requests for admission.

**ORDERED:** A Further Scheduling Conference is set for **SEPTEMBER 17, 2010 at 9:15 a.m.** An Amended Proposed Scheduling Order is due no later than **SEPTEMBER 13, 2010.** Counsel of record are **REQUIRED to meet in person** for a Rule 26(f) Conference no later than **SEPTEMBER 1, 2010.** Mr. Timothy Vanagas, Mr. Gerald Carleo, and Ms. Sharon Carleo are **REQUIRED to participate** in the Rule 26(f) Conference, however, they may appear via telephone.

HEARING CONCLUDED.
**Court in recess:** 9:24 a.m.
Total time in court: 01:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.