IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 08-cv-00955-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 17, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | Henry A. Cirillo |
|     Plaintiff/Cross Defendant, | |
| v. | |
| FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*, | Martin A. Bloom |
|     Defendants/Third Party Plaintiffs/Counter Claimants, | |
| KENNETH E. NORTH, PARADISE VIEW RANCHO MIRAGE, LLC, GILGER HOMES, LLC, KIRK GILGER, NEW CENTURY BUILDERS, INC., SUNDANCE MORTGAGE, LLC, ARTISAN GROUP, LLC, THE, EHLINE CO., | |
|     Defendants/Cross Defendants, and | |
| LAWYER'S TITLE COMPANY, | Ivan Moore Call |
| STEWART TITLE OF CALIFORNIA, INC, | Dennis Kaw |
| ORANGE COAST TITLE COMPANY, | Byeongsook Seo |
| LINDA ANDERSON, *et al.*, | |
| GERALD CARLEO, | *Pro se (via phone)* |
| SHARON CARLEO, | |
| GLORIA DIXON, | |
| RUSSELL E. HARDIMAN, | |
| DENNY NELSON, | |
| JOANN MARGUILES SMITH-SUGGS, | |
| DAVID P. GUZY, | |
|     Third Party Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 9:29 a.m.
Court calls case. Appearances of counsel. *Mr. Carleo appears pro se via telephone.*

Discussion regarding appearances via phone. Mr. Carleo states that lack of coordination is an issue.

Discussion regarding Third Party Defendant Orange Coast Title Company of Southern California's Motion for Its California Counsel to Appear Telephonically for the Status Conference on September 17, 2010; Supporting Declaration of Markus D. Self, doc #[415], filed 9/16/2010.

**ORDERED:** For all further purposes in this case, no counsel representing a party, and no *pro se* party, is excused from physically being present at those hearings in Magistrate Judge Shaffer's courtroom, unless they file a Motion asking to be excused. A Motion must be filed **NO LATER THAN FIVE DAYS BEFORE THE SCHEDULED HEARING**. Unless a Motion is affirmatively granted, counsel and *pro se* parties should presume their **PHYSICAL PRESENCE WILL BE REQUIRED**.

Discussion regarding electronically stored information. The court states that an ESI Protocol has not been submitted, nor have the parties sought guidance from the court. Mr. Cirillo presents a copy of the Addendum to the Amended Scheduling Order setting forth protocol for managing the discovery of electronically stored information.

The court suggests that the parties do more negotiating and identify where their interests align. The court states that counsel could fax or email to the court their competing drafts, then contact chambers' staff to set up a time to talk through the protocol issues.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

**ORDERED:** The parties are limited to the presumptive limit of 25 interrogatories, including discrete sub-parts. The court will **STRIKE** that portion of the paragraph that contemplates that the parties can, by stipulation, increase that number. Similarly, in subsection C relating to limits on requests for production and requests for admission, the court will **STRIKE** the language "upon further stipulation." If the parties require more than the limits, they must file a Motion.

Deadline for Amendment of pleadings/Joinder of parties:   **NOVEMBER 1, 2010**.  **The court is not inclined to extend this deadline.**

Discovery Cut-off:   **MARCH 15, 2011.  The court is not inclined to extend this deadline.**

Dispositive Motions deadline:   **APRIL 1, 2011**.  **The court is not inclined to extend this deadline.**

Parties shall designate affirmative experts **on or before FEBRUARY 1, 2011**

Parties shall designate rebuttal experts **on or before FEBRUARY 15, 2011**

Each party or discrete group of parties shall be limited to **4** expert witnesses, absent leave of court.

Each party or discrete group of parties shall be limited to **20** fact depositions, absent leave of court.

**ORDERED:**   Absent exigent circumstances, the court expects that all depositions of fact witnesses to be scheduled, and appropriate notices sent out, **NO LATER THAN DECEMBER 15, 2010.**   If this deadline is not met, the court will issue an Order requiring all parties be present in this courtroom, with their calendars, to schedule the depositions.

**ORDERED:**   No one may depose an expert in this case until summary motions are decided, or absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than JANUARY 15, 2011**.

**SETTLEMENT CONFERENCE**  is not set at this time.

**FINAL  PRETRIAL CONFERENCE**  is set for **MAY 25, 2011 at 10:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**       The parties anticipate a 15 day jury trial.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**ORDERED:**   A **STATUS CONFERENCE** is set for **10:00 a.m. on OCTOBER 28, 2010.**  Counsel shall be prepared to advise the court on the progress of discovery, and the parties' interest and timing of a Settlement Conference.

**ORDERED**:   Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint, doc #[403] is **GRANTED.**  The Third Amended Complaint and Jury Demand, doc #[403-1] is **DEEMED FILED AS OF TODAY'S DATE**.

**ORDERED:** The parties must file a signed, Amended ESI Protocol, **NO LATER THAN SEPTEMBER 30, 2010**. If the parties' discussions suggest that the date cannot be met, the parties **MUST ADVISE THE COURT of that issue NO LATER THAN NOON ON SEPTEMBER 24, 2010**.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:** **10:58 a.m.**
Total time in court: 01:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.