IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.:  08-cv-00955-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  October 28, 2010 | Courtroom Deputy:  Linda Kahoe |

| | |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | Henry A. Cirillo |
| Plaintiff/Cross Defendant, | |
| v. | |
| FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.,* | Martin A. Bloom |
| Defendants/Third Party Plaintiffs/Counter Claimants, | |
| KENNETH E. NORTH, PARADISE VIEW RANCHO MIRAGE, LLC, GILGER HOMES, LLC, KIRK GILGER, NEW CENTURY BUILDERS, INC., SUNDANCE MORTGAGE, LLC, ARTISAN GROUP, LLC, THE, EHLINE CO., | |
| Defendants/Cross Defendants, and | |
| LAWYER'S TITLE COMPANY, | Ivan Moore Call |
| STEWART TITLE OF CALIFORNIA, INC, | Alan David Sweetbaum Tammy M. Alcock |
| ORANGE COAST TITLE COMPANY, | Byeongsook Seo Howard Hall |
| LINDA ANDERSON, *et al.,* GERALD CARLEO, SHARON CARLEO, GLORIA DIXON, RUSSELL E. HARDIMAN, DENNY NELSON, JOANN MARGUILES SMITH-SUGGS, DAVID P. GUZY, | Timothy J. Vanagas *(via phone)* Pro se *(via phone)* Pro se *(via phone)* |

| | |
|---|---|
| Third Party Defendants, | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | Charles A. Greenhouse |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session:   10:05 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

Mr. Bloom states he will be representing Construction Financial Services.

The court suggest that the parties confer within the next 3 or 4 days and develop a "master list" for scheduling depositions.

Discussion regarding a dispute about FAM employees being deposed more than once.

Discussion regarding Mr. Jordan's deposition in his individual capacity, and a Rule 30(b)(6) deposition.

Discussion regarding a confidentiality agreement.  Mr. Bloom states there is a Protective Order in place.

Dispute regarding subpoenas.  The court suggests that the parties determine when the subpoena responses are due, and discuss which third-party subpoenas Mr. Bloom is inclined to move to quash on the basis of privilege.  The parties should then agree on a response date.

Discussion regarding First American Title Insurance Company's Motion to Amend Scheduling Order, doc #[462], filed 10/27/2010.

**ORDERED:**  First American Title Insurance Company's Motion to Amend Scheduling Order, doc #[462], is **GRANTED**.  The Scheduling Order deadlines are amended as follows:

   Joinder of Parties and Amendment of Pleadings Deadline: **DECEMBER 1, 2010**
   Discovery Cutoff: **MAY 16, 2011**
   Dispositive Motions Deadline: **JUNE 1, 2011**
   Affirmative Expert Reports: **APRIL 1, 2011**
   Rebuttal Expert Reports: **APRIL 15, 2011**
   Deadline to serve written discovery: **MARCH 15, 2011**

The court expects counsel to work professionally and cooperatively together. Counsel should look for solutions.

**ORDERED:** Counsel shall have productive discussions and shall finalize a master list of depositions no later than **5:00 p.m. on NOVEMBER 5, 2010.**

Discussion regarding settlement.

HEARING CONCLUDED.

**Court in recess:** 11:14 a.m.
Total time in court: 01:09

## POST RECESS ORDER

By Magistrate Judge Craig B. Shaffer

**ORDERED**: In light of the court's Order granting the Motion to Amend the Scheduling Order, doc #[462], the Final Pretrial Conference set for May 25, 2011 at 10:00 a.m. is **VACATED** and **RESET for JULY 25, 2011 at 9:00 a.m.** A Proposed Final Pretrial Order is due 7 days prior.

Dated: October 28, 2010

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.