# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00955-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: March 15, 2011** | **Courtroom Deputy:** Linda Kahoe |

SECURITY SERVICE FEDERAL CREDIT UNION,  Austin D. Garner

    Plaintiff,

vs.

FIRST AMERICAN MORTGAGE FUNDING, LLC,  William Douglas Depuy
*et al.,*

LAWYERS TITLE COMPANY,  Ivan Moore Call
NORTH AMERICAN TITLE COMPANY OF
   COLORADO,

FIRST AMERICAN TITLE INSURANCE COMPANY,  Charles A. Greenhouse

    Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third-Party Plaintiff,

vs.

STEWART TITLE OF CALIFORNIA, INC.,  Tammy M. Alcock

ORANGE COAST TITLE COMPANY,  Stuart Harris Pack

LAWYER'S TITLE COMPANY,  Ivan Moore Call (via phone)

LINDA ANDERSON, *et al.,*

SHARON CARLEO,

GERALD CARLEO,  *Pro se (via phone)*

    Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,  William Douglas Depuy
FIRST AMERICAN MORTGAGE, INC.,
CONSTRUCTION DISBURSEMENT SERVICES, INC.,

WILLIAM DePUY,  *Pro se*
JEFFREY JORDAN,  *Pro se*
SHAUN JORDAN,  *Pro se*
MARK CAMPBELL,  *Pro se*
KEVIN B. JORDAN,  *Pro se*

   Cross-Claim Plaintiffs,

v.

KENNETH E. NORTH,
PARADISE RANCH VIEW MIRAGE, LLC,
GILGER HOMES, LLC,
KIRK GILGER,
NEW CENTURY BUILDERS, INC.,
SUNDANCE MORTGAGE, LLC,
THE ARTISAN GROUP, LLC,
DBA ARTISAN DEVELOPMENT GROUP,
AND/OR EHLINE CO.,

   Cross-Claim Defentants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,
CONSTRUCTION DISBURSEMENT SERVICES, INC.,
KEVIN B. JORDAN,

   Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

   Counterclaim Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in session:      1:34 p.m.**
Court calls case.  Appearances of counsel and *pro se* parties.

Discussion and arguments regarding the Joint Motion to Amend Scheduling Order as to the Expert Witness Deadlines Only, doc #[590], filed 3/4/2011.

**ORDERED:**   The Joint Motion to Amend Scheduling Order as to the Expert Witness Deadlines Only, doc #[590], is **GRANTED**.  The Scheduling Order, doc #[439], is amended to extend the deadline to designate experts to **JUNE 1, 2011**, and the deadline for rebuttal experts to **JUNE 15, 2011.  THE COURT WILL NOT MOVE THE DISPOSITIVE MOTION DEADLINE AND WILL NOT MOVE THE DATE OF THE FINAL PRETRIAL CONFERENCE**.

Discussion and arguments regarding the Supplement to Joint Motion to Amend Scheduling Order as to the Expert Witness Deadlines Only, doc #[592], filed 3/7/2011.

**ORDERED:**   The Supplement to Joint Motion to Amend Scheduling Order as to the Expert Witness Deadlines Only, doc #[592] is **GRANTED**.

Discussion and arguments regarding Stewart Title of California's Motion for Setting of Mandatory Settlement Conference With Magistrate Judge Shaffer, doc #[595], filed 3/10/2011.

**ORDERED:** Stewart Title of California's Motion for Setting of Mandatory Settlement Conference With Magistrate Judge Shaffer, doc #[595] is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** The parties shall submit Updated Confidential Settlement Statements on or before **MAY 2, 2011.** The settlement statements must describe, in detail, the strengths and weaknesses of the case. In addition, each party shall indicate a specific dollar amount it is willing to offer or accept in settlement. As a matter of professional courtesy, the parties are **REQUIRED** to respond to a demand or offer of settlement.

> *Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to Shaffer_Chambers@cod.uscourts.gov. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."*

Discussion regarding deposition schedules and duplicate deposition notices.

**ORDERED:** Counsel are required to create a master list of all depositions that are currently scheduled by **8:00 a.m. on MARCH 16, 2011.** Counsel are required to send a copy of the master list to all parties, and indicate whether or not the parties object to any of the scheduled depositions, by **NOON on MARCH 18, 2011.** If a party objects, good cause must be shown, in writing, and with the understanding that the party intends to be present (in person or telephonically) at the deposition(s). The court requests that counsel fax a copy of the master list to chambers.

**ORDERED:** A Telephonic Status Conference is set for **1:00 p.m. on Friday, MARCH 18, 2011** to advise the court of any objections to the deposition schedule. *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

HEARING CONCLUDED.

**Court in recess**:     2:21 p.m.
Total time in court:   00:47

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.