IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

    Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., *et al.*

    Third-Party Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

    Cross-claim Plaintiffs,

v.

KENNETH E. NORTH, *et al.*

    Cross-claim Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*

    Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

    Counterclaim Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court upon Defendant FATIC's Withdrawal of First American Title Insurance Company's Motion to Dismiss Plaintiff's Thirteenth, Fourteenth and Fifteenth Claims for Relief Pursuant to F.R.C.P. 12(b)(6) with Prejudice (*doc # 601*), filed March 28, 2011, and Chief Judge Wiley Y. Daniel's April 1, 2011 order (*doc # 604*) dismissing all Plaintiff's claims against FATIC.

The court will treat Defendant FATIC's Withdrawal (*doc # 601*) as a motion to withdraw FATIC's Motion to Dismiss Thirteenth, Fourteenth and Fifteenth Claims for Relief Pursuant to F.R.C.P. 12(b)(6) (*doc # 531*), filed December 27, 2010.  IT IS HEREBY ORDERED that the motion to withdraw (*doc # 601*) is GRANTED, and FATIC's Motion to Dismiss (*doc # 531*) is treated as withdrawn.

**DATED:**     April 22, 2011