# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

Civil Action No.:  08-cv-00955-WYD-CBS          FTR - Reporter Deck - Courtroom A402
Date:  May 26, 2011                             Courtroom Deputy:   Emily Seamon

---

SECURITY SERVICE FEDERAL CREDIT UNION,          Henry A. Cirillo

     Plaintiff,

vs.

FIRST AMERICAN MORTGAGE FUNDING, LLC,           William D. DePuy
*et al.,*

LAWYERS TITLE COMPANY,
NORTH AMERICAN TITLE COMPANY OF
   COLORADO,

FIRST AMERICAN TITLE INSURANCE COMPANY,

     Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

     Third-Party Plaintiff,

vs.

STEWART TITLE OF CALIFORNIA, INC.,              Alan D. Sweetbaum
                                                Hilary A. Anderson
                                                Joshua D. McMahon

ORANGE COAST TITLE COMPANY,                     Markus D. Self
                                                Stuart H. Pack
                                                Howard D. Hall
LAWYER'S TITLE COMPANY,                         Ivan M. Call

LINDA ANDERSON, *et al.,*

SHARON CARLEO,
GERALD CARLEO,

     Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,
FIRST AMERICAN MORTGAGE, INC.,
CONSTRUCTION DISBURSEMENT SERVICES, INC.,

WILLIAM DEPUY,                                  *Pro se*
JEFFREY JORDAN,                                 *Pro se*

SHAUN JORDAN,                                             *Pro se*
MARK CAMPBELL,                                           *Pro se*
KEVIN B. JORDAN,                                         *Pro se*

   Cross-Claim Plaintiffs,

v.

KENNETH E. NORTH,
PARADISE RANCH VIEW MIRAGE, LLC,
GILGER HOMES, LLC,
KIRK GILGER,
NEW CENTURY BUILDERS, INC.,
SUNDANCE MORTGAGE, LLC,
THE ARTISAN GROUP, LLC,
DBA ARTISAN DEVELOPMENT GROUP,
AND/OR EHLINE CO.,

   Cross-Claim Defentants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,
CONSTRUCTION DISBURSEMENT SERVICES, INC.,
KEVIN B. JORDAN,

   Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

   Counterclaim Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: MOTION HEARING**
**Court in session:  2:01 p.m.**
Court calls case.  Appearances of counsel.

The Court hears argument regarding the Motions to Compel doc #[630] and doc #[637].

Discussion between the Court and counsel regarding compliance privilege and the deposition of Mr. Rooney.

The Court hears argument regarding the Motion to Compel doc #[636].

Discussion between the Court and counsel regarding interrogatories, discovery responses, and requests for production of documents.

The Court hears argument regarding the Motion to Compel doc #[635].

Discussion between the Court and counsel regarding 30(b)(6) depositions and the needs for evidence.

**Court in recess**:     **3:59 p.m.**
**Court in session:**     **4:45 p.m.**

The Court hears continued argument regarding the Motion to Compel doc #[635].

The Court hears argument regarding the Motion for Extension of Time doc #[634].

Discussion between the Court and counsel regarding deponents Mr. Rooney, Mr. Doner, and Mr. Trigonopolis.

The Court hears argument regarding the Motion to Compel doc #[651].

Discussion between the Court and counsel regarding the umbrella escrow and properties at issue.

The Court hears argument regarding the Verified Motion to Revise Second Amended Protective Order doc #[657].

**ORDERED:**   Plaintiff Security Service Federal Credit Union shall submit the cease and desist order for in-camera review.

**ORDERED:**   Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion to Compel Documents and Testimony Withheld on Colorado's Compliance Review Committee Privilege and/or Accountant-Client Privilege, doc #[630], is **HELD IN ABEYANCE.**

**ORDERED:**   Defendant Stewart Title of California's Motion for Leave to Extend Discovery Deadline for the Limited Purpose of Deposing Steve Trigonopolis and Greg Doner, doc #[634], is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant Stewart Title of California's Motion to Compel Plaintiff to Produce Documents Referenced in Plaintiffs' Rule 30(b)(6) Deposition and to Reappear for Deposition after the Discovery Deadline and Answer Questions Related to Those Documents and Questions Plaintiff Was Instructed Not to Answer at its Rule 30(b)(6) Deposition, doc #[635], is **HELD IN ABEYANCE.**

**ORDERED:**   Defendant Stewart Title of California's Motion to Compel Plaintiff to Supplement Its Responses to STC's Written Discovery Requests, doc #[636], is **GRANTED IN PART AND DENIED IN PART.** Within 10 days of today's date, the Plaintiff shall supplement its discovery responses to all interrogatories, save for interrogatories 13, 14, and 16. Plaintiff shall supplement its responses to requests for production of documents 1, 3, 4, 5, 6, and 7 at issue. Plaintiff shall supplement its responses to requests for admission A2, A3, A4, and A5. The Court shall not award fees and costs to either side.

**ORDERED:**   Defendant Stewart Title of California's Motion to Compel Plaintiff to Produce Documents Withheld Under Privilege, doc #[637], is **HELD IN ABEYANCE.**

**ORDERED:**   Plaintiff Security Service Federal Credit Union's Motion to Compel Further Deposition of Defendant Stewart Title of California, Inc. Pursuant to Fed.R.Civ.P. 30(b)(6), and Further Production of Documents, doc #[651], is **GRANTED.** Stewart Title of California, Inc. shall present a witness who fully discharges, and is fully prepared to discharge, Stewart Title of California, Inc.'s obligation under Fed. R.Civ.P. 30(b)(6).  Stewart Title of California, Inc. shall produce documents under the umbrella escrow.  Alternatively, Stewart Title of California, Inc. shall notify Plaintiff's counsel that these umbrella escrow documents no longer exist. The Court will not impose attorney's fees and costs.  Stewart Title of California, Inc. shall produce the documents within 10 calendar days of today's date, or keep Plaintiff's counsel apprised of the umbrella escrow.  Parties shall make Stewart Title's 30(b)(6) deponent available at the first available opportunity.

**ORDERED:**   Verified Motion to Revise Second Amended Protective Order and Motion to Compel Discovery of Highly Confidential Documents, doc #[657], is **TAKEN UNDER ADVISEMENT.**  Plaintiff shall submit documents to the Court for in-camera review within 5 days of today's date.  All parties shall submit a 5 page brief explaining why these materials are relevant and properly discoverable under Fed.R.Civ.P. 26(b)(1).  Within 72 hours of today's date, Plaintiff shall provide to the pro se litigants a list of documents that have been produced to the other side and a description of what the documents entail.

**ORDERED:**   Defendant Orange Coast Title Company of Southern California's Oral Motion for Extension of Time to File Dispositive Motions is **TAKEN UNDER ADVISEMENT.**

HEARING CONCLUDED.

**Court in recess**:       **6:00 p.m.**
Total time in court:    3:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.