IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,
    Plaintiff,
v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff Security Service Federal Credit Union's Unopposed Motion for Leave to File Fourth Amended Complaint and Amend Scheduling Order" (filed July 15, 2011) (Doc. # 684). Pursuant to the Order of Reference dated May 23, 2008 (Doc. # 5) and the memorandum dated July 18, 2011 (Doc. # 685), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the proceedings held on the record, and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff Security Service Federal Credit Union's Unopposed Motion for Leave to File Fourth Amended Complaint and Amend Scheduling Order" (filed July 15, 2011) (Doc. # 684) is GRANTED IN PART AND DENIED IN PART.

    2.    The Motion for Leave to File the Fourth Amended Complaint is granted. The tendered Fourth Amended Complaint (Doc. # 684 at pp. 15-86 of 86) is accepted for filing as of the date of this Order.

    3.    The Motion to Amend the Scheduling Order is denied as unnecessary.

The schedule in the case shall proceed as set forth in the Courtroom Minutes/Minute Order dated July 6, 2011 (Doc. # 683).

    4.    In light of the filing of the Fourth Amended Complaint, "Defendant and Third Party Defendant Orange Coast Title Company of Southern California's Motion to Dismiss in Response to Third Amended Complaint . . ." (filed June 10, 2011) (Doc. # 670) is DENIED without prejudice as moot;  "Defendant Stewart Title of California's Motion for Determination of Applicable Law" (filed May 6, 2011) (Doc. # 633) is DENIED without prejudice as moot;  "North American Title Company of Colorado's Motion to Dismiss Plaintiff's Thirteenth, Fourteenth, and Fifteenth Claims for Relief . . ." (filed December 29, 2010) (Doc. # 533) is DENIED without prejudice as moot;  Defendant Construction Financial Services, LLC's Motion to Dismiss Plaintiff's First, Third, and Seventh Claims for Relief as to Construction Financial Services, LLC" (filed November 22, 2010) (Doc. # 493) is DENIED without prejudice as moot.

DATED at Denver, Colorado, this 18th day of July, 2011.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge