IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., et al.

    Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Cross-claim Plaintiffs,

v.

KENNETH E. NORTH, et al.

    Cross-claim Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

    Counterclaim Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Defendant Shaun Jordan's Motion to Withdraw Defendant Shaun Jordan's Motion to Dismiss Pursuant to FRCP 9(b) and 12(b)(6), [ECF No. 717], filed November 2, 2011, is **GRANTED**. Accordingly, Defendant Shaun Jordan's Motion to Dismiss Pursuant to FRCP 9(b) and 12(b)(6), [ECF No. 711], filed October 25, 2011, is **WITHDRAWN.**

 Dated: November 3, 2011