IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., et al.

    Third-Party Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Cross-claim Plaintiffs,

v.

KENNETH E. NORTH, et al.

    Cross-claim Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

    Counterclaim Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice as to Defendant North American Title Company of Colorado, [ECF No. 719], filed November 8, 2011.   After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendant North American Title Company of Colorado ("NATCO") should be **DISMISSED WITH PREJUDICE** from this action.   Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice as to Defendant North American Title Company of Colorado, [ECF No. 719], is **APPROVED** and Defendant NATCO is **DISMISSED WITH PREJUDICE** from this action, each party to bear its own attorney fees and costs.   It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of Defendant NATCO from this matter.

Dated: November 9, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge