IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,
    Plaintiff,
v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*
    Defendants.

_____

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*
    Third-Party Plaintiff,
v.

STEWART TITLE OF CALIFORNIA, INC., *et al.*,
    Third-Party Defendants.

_____

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*,
    Cross-Claim Plaintiffs,
v.

KENNETH E. NORTH, *et al.*,
    Cross-Claim Defendants.

_____

FIRST AMERICAN MORTGAGE FUNDING, LLC., *et al.*,
    Counterclaim Plaintiffs,
v.

SECURITY SERVICE FEDERAL CREDIT UNION,
    Counterclaim Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) "Plaintiff Security Service Federal Credit Union's Unopposed Motion to Amend or Correct the Court's Order, Dated

1

November 9, 2011 (DOC. NO. 721)" (filed November 18, 2011) (Doc. # 723); and (2) a letter e-mailed to Judge Shaffer's chambers on November 18, 2011 requesting that the court correct its November 9, 2011 order to reflect that Defendant and Third Party Defendant Orange Coast Title Company of Southern California filed a pending motion entitled "Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion on Choice of Law."  Pursuant to the Order of Reference dated May 23, 2008 (Doc. # 5) and the memorandum dated November 18, 2011 (Doc. # 724), these matter are referred to the Magistrate Judge.  The court having reviewed the matters and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.   "Plaintiff Security Service Federal Credit Union's Unopposed Motion to Amend or Correct the Court's Order, Dated November 9, 2011 (DOC. NO. 721)" (filed November 18, 2011) (Doc. # 723) is GRANTED.  The court acknowledges that, contrary to the statement in the court's November 9, 2011 Order, the parties do in fact dispute whether state law applicable to the rule of decision also determines the applicable law of privilege.

    2.   The court further acknowledges that Defendant and Third Party Defendant Orange Coast Title Company of Southern California filed a motion entitled "Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion on Choice of Law" and docketed as "Motion for Hearing/Conference re Choice of Law" (Doc. # 690) that is pending before District Judge Daniel.

    3.   In the future, the court will no longer entertain letters e-mailed to chambers.  All relief sought from the court must be presented in the form of a motion

served on all parties or their counsel.

DATED at Denver, Colorado, this 21st day of November, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge