IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 08-cv-00955-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 19, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

SECURITY SERVICE FEDERAL CREDIT UNION,

   Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC., *et al.*,

   Defendants.

*Counsel:*

Henry Alan Cirillo

William Douglas Depuy
Howard D. Hall
David H. Goldberg
Tammy M. Alcock
Joshua David McMahon

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:   1:32 p.m.**
Court calls case. Appearances of counsel. *Jeffrey Jordan, Shaun Jordan, Mark Campbell, and Kevin B. Jordan appears as pro se.*

Discussion regarding the Verified Motion to Revise Second Amended Protective Order and Motion to Compel Discovery of Highly Confidential Documents (Docket No. 657, filed on 5/23/2011).

**ORDERED:**   For reasons as stated on the record, the court **GRANTS IN PART AND DENIES IN PART** the Verified Motion to Revise Second Amended Protective Order and Motion to Compel Discovery of Highly Confidential Documents (Docket No. 657, filed on 5/23/2011).

Discussion regarding MOTION to Compel Plaintiff to Produce Documents Referenced in Plaintiffs' Rule 30(b)(6) Deposition and to Reappear for Deposition after the Discovery Deadline and Answer Questions Related to those Documents and Questions Plaintiff Was Instructed Not to Answer At Its Rule 30(b)(6) Deposition (Docket No. 635, filed on 5/6/2011).

**ORDERED:** For reasons as stated on the record, the court **GRANTS** MOTION to Compel Plaintiff to Produce Documents Referenced in Plaintiffs' Rule 30(b)(6) Deposition and to Reappear for Deposition after the Discovery Deadline and Answer Questions Related to those Documents and Questions Plaintiff Was Instructed Not to Answer At Its Rule 30(b)(6) Deposition (Docket No. 635, filed on 5/6/2011).

Discussion regarding MOTION for Extension of Time to Extend Discovery Deadline for the Limited Purpose of Deposing Steve Trigonopolis and Greg Doner (Docket No. 634, filed on 5/6/2012).

**ORDERED:** For reasons as stated on the record, the court **DENIES** MOTION for Extension of Time to Extend Discovery Deadline for the Limited Purpose of Deposing Steve Trigonopolis and Greg Doner (Docket No. 634, filed on 5/6/2012).

HEARING CONCLUDED.

**Court in recess**:   **3:04 p.m.**
Total time in court:   01:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.