IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., et al.

    Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Cross-claim Plaintiffs,

v.

KENNETH E. NORTH, et al.

    Cross-claim Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

    Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

    Counterclaim Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     In light of Plaintiff's Amended Motion For Reconsideration of the District Court's March 21 Order Regarding Choice of Law, [ECF No. 742], filed April 2, 2012, Plaintiff's original Motion For Reconsideration of the District Court's March 21 Order Regarding Choice of Law [ECF No. 739], filed March 30, 2012, is **DENIED AS MOOT.**

     Dated: April 12, 2012