IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 08-cv-00955-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: June 28, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                    *Counsel:*

SECURITY SERVICE FEDERAL CREDIT         Austin D. Garner
UNION,                                                       Henry Alan Cirillo *(appearing by telephone)*

     Plaintiff/Counter Defendant ,


v.


FIRST   AMERICAN   MORTGAGE         William Douglas Depuy *(and as pro se)*
FUNDING, LLC, *et al*.,                              Alan David Sweetbaum
                                                               Joshua David McMahon
                                                               Tammy M. Alcock
                                                               Jeffrey Max Lippa
                                                               Markus Dale Self

     Defendants/Counter Claimants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:       2:28 p.m.**
Court calls case.  Appearances of counsel.  *Mr. Kevin B. Jordan, Mr. Jeffrey Jordan, Mr Shaun Jordan, and Mr. Mark Campbell present as pro se defendants.*

The court addresses the parties regarding the defendant's MOTION to Compel Plaintiff to Produce Documents Withheld Under Privilege (Docket No. 774, filed on 5/25/2012) and the defendant's MOTION to Compel Documents and Testimony (Docket No. 806, filed on 6/12/2012).

Defense counsel presents argument regarding motions and engages in discussion with court.

Plaintiff's counsel presents argument regarding motions and engages in discussion with court.

**ORDERED:**   The court **HOLDS  IN ABEYANCE** the defendant's MOTION to Compel Plaintiff to Produce Documents Withheld Under Privilege (Docket No. 774, filed on 5/25/2012).   The court **HOLDS  IN ABEYANCE** the defendant's MOTION to Compel Documents and Testimony (Docket No. 806, filed on 6/12/2012).

Further discussion between the court and parties regarding the defendant's motions to compel.

**ORDERED:**   A Final Pretrial Conference is set for **September 17, 2012 at 1:30 p.m.** In accordance with D.C.COLO. ECF. PROC. 5.12, the parties shall file a proposed final pretrial order and also email an editable version to Shaffer_Chambers@cod.uscourts.gov no later than seven (7) days prior to the conference.

Counsel for the plaintiff advises the court that they shall provide the court with the 88 documents (hard copy) for review by **noon tomorrow (June 29, 2012)**.  The court advises that it shall have these documents reviewed by July 5, 2012.  Counsel for the plaintiff further advises the court that it shall provide to the court (and copy defense counsel) a revised privilege log.

**ORDERED:**   A telephonic Status Conference is set for **July 9, 2012 at 9:00 a.m.** at which time the court shall address the parties regarding the submitted documents.  Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.

HEARING CONCLUDED.

**Court in recess**:      **5:24 p.m.**
Total time in court:     02:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.