IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 08-cv-00955-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 9, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff/Counter Defendant,

Austin D. Garner
Henry Alan Cirillo *(appearing by telephone)*

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*,

William Douglas Depuy *(and as pro se)*
Alan David Sweetbaum
Joshua David McMahon
Markus Dale Self
David H. Goldberg

    Defendants/Counter Claimants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:     8:10 a.m.**
Court calls case. Appearances of counsel. Mr. Gerald Carleo is on the line as pro se.

Discussion regarding the courts review of all submitted documents and privilege log.

For reasons as stated on the record,

**ORDERED:** The court **GRANTS** the defendant's MOTION to Compel Plaintiff to Produce Documents Withheld Under Privilege (Docket No. 776, filed on 5/25/2012). The court **GRANTS** the defendant's MOTION to Compel Documents and Testimony (Docket No. 806, filed on 6/12/2012). Disclosures shall be made **by July 13, 2012**.

HEARING CONCLUDED.

**Court in recess:**     **8:43 a.m.**
Total time in court:    00:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.