IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:08-cv-00955-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                           *Counsel:*

SECURITY SERVICE FEDERAL CREDIT     Henry Alan Cirillo
UNION,

     Plaintiff,

v.

FIRST AMERICAN MORTGAGE     William Douglas Depuy
FUNDING, LLC, *et al*.,                         David H. Goldberg
                                                 Joshua David McMahon
                                                 Alan David Sweetbaum
                                                 Markus Dale Self
                                                 Howard D. Hall
                                                 Jeffery Max Lippa
                                                 Jeffrey Jordan *(Pro Se)*
                                                 Shaun Jordan *(Pro Se)*

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      2:01 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's Joint MOTION to Vacate Deadlines, Amend Scheduling Order and Set Scheduling Conference (Docket No. 838, filed on 7/17/2012).

Discussion regarding this motion, the current trial date, and Judge Daniel's practice standards.

For reasons as stated on the record,

**ORDERED:**   The court **DENIES without prejudice** the defendant's Joint MOTION to Vacate Deadlines, Amend Scheduling Order and Set Scheduling Conference (Docket No. 838, filed on 7/17/2012).

HEARING CONCLUDED.

**Court in recess**:   **2:13 p.m.**
Total time in court:   00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.