**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 27, 2012 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

Civil Action No: **08-cv-00955-WYD-CBS**    Counsel:

**SECURITY SERVICE FEDERAL CREDIT UNION**,    Henry A. Cirillo

      Plaintiff,

v.

**FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.**,

      Defendants.

Joshua D. McMahon
Tammy M. Alcock
Jeffrey M. Lippa
Markus D. Self
Jeffrey Jordan (Pro Se)
Kevin Joran (Pro Se)
Shaun Jordan (Pro Se)
Mark Campbell (Pro Se)

**COURTROOM MINUTES**

**STATUS CONFERENCE AND MOTION HEARING**

**4:19 p.m.**      Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Joint Expedited Motion to Vacate and Continue Trial (ECF Doc. No. 851), filed July 31, 2012, is raised for argument.

4:22 p.m.      Argument by Plaintiff (Mr. Cirillo).

| | |
|---|---|
| 4:26 p.m. | Argument by Defendants (Ms. Alcock). |
| 4:30 p.m. | Argument by Defendants (Mr. Depuy). |
| 4:31 p.m. | Argument by Defendants (Mr. Jeffrey Jordan). |
| 4:32 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| **ORDERED:** | Joint Expedited Motion to Vacate and Continue Trial (ECF Doc. No. 851), filed July 31, 2012, is **GRANTED.** |
| **ORDERED:** | Jury trial set for Monday, October 29, 2012, at 9:00 a.m. is **VACATED.** |
| **ORDERED:** | Trial preparation conference set for Tuesday, October 9, 2012, at 10:00 a.m., is **VACATED.** |
| | Court's remarks regarding pending motions to dismiss. |
| **ORDERED:** | Defendant William DePuy's Motion to Dismiss for Failure to State a Claim (ECF Doc. No. 781), filed May 29, 2012, is **DENIED.** |
| **ORDERED:** | Defendant Shaun Jordan's Motion to Dismiss for Failure to State a Claim (ECF Doc. No. 782), filed May 29, 2012, is **DENIED.** |
| **ORDERED:** | Defendant Kevin B. Jordan's Motion to Dismiss for Failure to State a Claim (ECF Doc. No. 783), filed May 29, 2012, is **DENIED.** |
| **ORDERED:** | Defendant Jeffrey Jordan's Motion to Dismiss for Failure to State a Claim (ECF Doc. No. 784), filed May 29, 2012, is **DENIED.** |
| **ORDERED:** | Defendant Mark Campbell's Motion to Dismiss for Failure to State a Claim (ECF Doc. No. 785), filed May 29, 2012, is **DENIED.** |
| **ORDERED:** | Plaintiff Security Service Federal Credit Union's Motion to Strike the Individual Fam Defendants' Motions to Dismiss (DOC. NOS. 781-785), and for Order Shortening Time (ECF Doc. No. 812), filed June 18, 2012, is **DENIED.** |

                Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion to Dismiss in Response to Fourth Amendment Complaint by Plaintiff Security Service Federal redit Union Pursuant to F.R.Civ.P. 12(b)(6) (ECF Doc. No. 774), filed May 29, 2012, and Defendant Stewart Title of California, Inc.'s Motion to Dismiss (ECF Doc. No. 778), filed May 29, 2012, are raised for argument.

| | |
|---|---|
| 4:45 p.m. | Argument by Defendants (Mr. Self). |
| 4:53 p.m. | Argument by Defendants (Mr. McMahon). |
| 4:54 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 5:03 p.m. | Argument by Defendants (Mr. Self). |
| 5:04 p.m. | Argument by Defendants (Mr. McMahon). |
| 5:06 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| **ORDERED:** | Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion to Dismiss in Response to Fourth Amendment Complaint by Plaintiff Security Service Federal redit Union Pursuant to F.R.Civ.P. 12(b)(6) (ECF Doc. No. 774), filed May 29, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant Stewart Title of California, Inc.'s Motion to Dismiss (ECF Doc. No. 778), filed May 29, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **5:07 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :48**