UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC ET AL.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    As of October 11, 2012, Stewart Title of California, Inc. ("Stewart Title"), has filed five motions for summary judgment [ECF. Nos. 906-910] in the above captioned matter. Pursuant to Rule III(B)(1) of the PRACTICE STANDARDS for CIVIL and CRIMINAL MATTERS BEFORE CHIEF JUDGE WILEY Y. DANIEL, "[a] party may **NOT** file multiple motions for summary judgment without obtaining permission from the Court." "Such permission will only be given in exceptional circumstances." *Id.* Stewart Title has not sought permission from the Court to file multiple motions for summary judgment. Therefore, Stewart Title's motions for summary judgment are stricken from the record with leave to re-file one motion for summary judgment. If Stewart Title seeks to file multiple motions for summary judgment, it must move to do so and show that "exceptional circumstances" warrant such filings. Accordingly, it is

    ORDERED that Stewart Title's motions for summary judgment [ECF Nos. 906-910] are **STRICKEN** from the record, with leave to re-file one motion for summary judgment.

    Dated:  October 11, 2012.