UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

      Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, ET AL.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      This matter is before the Court on Security Service Federal Credit Union's [Corrected] Unopposed Motion For Additional Time To Respond To:  (i) Stewart Title's Motion For Summary Judgment (Doc. No. 939); (ii) Lawyers Title's Motion For Summary Judgment (Doc. No. 911); (iii) The Fam Defendants' Motion For Summary Judgment (Doc. No. 919); And (iv) The Pro Se Fam Defendants' Motion For Sanctions Under Rule 11 (Doc. No. 920) [ECF No. 948].

      After careful consideration, it is

      ORDERED that Security Service Federal Credit Union's motion [ECF No. 948] is **GRANTED**.  It is

      FURTHER ORDERED that plaintiff shall respond to Defendant Stewart Title of California's Motion For Summary Judgment [ECF No. 939] **on or before Monday, November 12, 2012**.  It is

      FURTHER ORDERED that plaintiff shall respond to Defendant Lawyer's Title Company's Motion For Summary Judgment Against Security Service Federal Credit Union [ECF No. 911] **on or before Monday, November 26, 2012**.  It is

      FURTHER ORDERED that plaintiff shall respond to Defendants' First American Mortgage Funding, LLC, First American Mortgage, Inc., Construction Disbursement Services, Inc., Construction Financial Services, LLC, Kevin B. Jordan, William Depuy, Jeffrey Jordan, Shaun Jordan, Mark Campbell, Consolidated Motion For Summary Judgment Pursuant to Federal Rule Of Civil Procedure Rule 56 [ECF No. 919] **on or

**before Monday, December 3, 2012**.  It is

FURTHER ORDERED that plaintiff shall respond to Defendants' First American Mortgage Funding, LLC, First American Mortgage, Inc., Kevin B. Jordan, William Depuy, Jeffrey Jordan, Shaun Jordan, Mark Campbell, And Construction Disbursement Services, Inc. Consolidated Motion For Sanctions And Attorney's Fees [ECF No. 920] **on or before Wednesday, December 12, 2012**.

Dated:  October 22, 2012.