IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 08-cv-00955-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 13, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | Henry Alan Cirillo |
| | Austin D. Garner |
| Plaintiff/Counter Defendant, | |
| v. | |
| FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al*., | William Douglas Depuy *(and as pro se)* |
| | Joshua David McMahon |
| | Markus Dale Self |
| | Tammy M. Alcock |
| | Jeffrey Max Lippa |
| | Gregory Joseph Notarianni |
| Defendants/Counter Claimants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     10:02 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's Joint MOTION to Vacate 884 Status Conference,,, Set/Reset Deadlines/Hearings,, and/or Continue January 15, 2013 Final Pretrial Conference (Docket No. 1000, filed on 12/7/2012).

Discussion between the court and the parties regarding the above motion, upcoming trial related dates, and the pending non-referred motions.

For reasons as stated on the record,

**ORDERED:** The court **GRANTS** the plaintiff's Joint MOTION to Vacate #884 Status Conference,,, Set/Reset Deadlines/Hearings,, and/or Continue January 15, 2013 Final Pretrial Conference (Docket No. 1000, filed on 12/7/2012). The court shall **VACATE** the Final Pretrial Conference set for January 15, 2013 at 9:15 a.m.

**ORDERED:** Within 72 hours of a ruling on all the pending motions, the parties are instructed to contact Magistrate Judge Shaffer's chambers (303.844.2117) if some or all of this case will still be moving forward. The purpose of this conference call shall be to set a new date for the Final Pretrial Conference and submission date for the proposed Final Pretrial Order.

HEARING CONCLUDED.

**Court in recess**:    **10:21 a.m.**
Total time in court:    00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.