**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   February 26, 2013 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

Civil Action No: **08-cv-00955-WYD-CBS**          Counsel:

**SECURITY SERVICE FEDERAL CREDIT UNION**,          Henry A. Cirillo
                                                    Austin D. Garner

       Plaintiff,

v.

**FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.**,

       Defendants.

Alan D. Sweetbaum
David H. Goldberg
Jeffrey M. Lippa
Markus D. Self
Howard D. Hall
William D. Dupuy
Jeffrey Jordan (Pro Se)
Kevin Joran (Pro Se)
Shaun Jordan (Pro Se)
Mark Campbell (Pro Se)

**COURTROOM MINUTES**

**MOTIONS HEARING**

**1:40 p.m.**     Court in Session

        APPEARANCES OF COUNSEL AND PARTIES.

        Court's opening remarks.

        Pending motions raised for argument.

| | |
|---|---|
| 1:45 p.m. | Argument by Defendants (Mr. Self). |
| 1:53 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 2:03 p.m. | Argument by Defendants (Mr. Self). |
| 2:11 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 2:15 p.m. | Argument by Defendants (Mr. Sweetbaum). |
| 2:18 p.m. | Argument by Defendants (Mr. Lippa). |
| 2:20 p.m. | Argument by Defendants (Mr. Dupuy). |
| 2:22 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 2:30 p.m. | Argument by Defendants (Mr. Self). |
| 2:39 p.m. | Argument by Defendants (Mr. Sweetbaum). |
| 2:43 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 3:05 p.m. | Argument by Defendants (Mr. Self). |
| **3:09 p.m.** | Court in Recess |
| **3:36 p.m.** | Court in Session |
| 3:36 p.m. | Argument by Defendants (Mr. Lippa). |
| 3:39 p.m. | Argument by Defendants (Mr. Self). |
| 3:42 p.m. | Argument by Defendants (Mr. Sweetbaum). |
| 3:43 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 3:50 p.m. | Discussion regarding estimated length of trial being three to four weeks and getting the case ready for trial. |
| 4:00 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 4:03 p.m. | Argument by Defendants (Mr. Self). |
| 4:11 p.m. | Argument by Defendants (Mr. Sweetbaum). |

| | |
|---|---|
| 4:11 p.m. | Argument by Defendants (Mr. Lippa). |
| 4:13 p.m. | Argument by Defendants (Mr. Dupuy). |
| 4:13 p.m. | Argument by Plaintiff (Mr. Cirillo). |
| 4:28 p.m. | Argument by Defendants (Mr. Dupuy). |
| 4:35 p.m. | Discussion regarding motions related to expert witnesses and whether settlement discussions would be beneficial to the parties. |
| **ORDERED:** | Parties shall meet and confer and notify the Court whether a court-authorized settlement conference before Magistrate Judge Craig B. Shaffer would be beneficial **not later than Tuesday, March 12, 2013.** |
| **ORDERED:** | Defendant and Third-Party Defendant Orange Coast title Company of Southern California's Motion to Dismiss in Response to Fourth Amended Complaint by Plaintiff Security Service Federal Credit Union Pursuant to F.R.Civ.P. 12(b)(6) (ECF Doc. No. 774), filed May 25, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant Stewart Title of California, Inc.'s Motion to Dismiss (ECF Doc. No. 778), filed May 29, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion for Summary Judgment Per F.R.Civ.P. 56 (ECF Doc. No. 889), filed September 29, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Plaintiffs' Ex Parte Application for Order Granting Leave to File More Than a Single Motion for Summary Judgment (ECF Doc. No. 900), filed October 2, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion for Judgment on the Pleadings Against First American Mortgage's Third-Party Complaint, Cross-Claims, and Counter-Claims (ECF Doc. No. 904), filed October 8, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant Lawyers Title Company's Motion for Summary Judgment (ECF Doc. No. 914), filed October 8, 2012, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Plaintiff Security Service Federal Credit Union's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment of the First and Twelfth Claims for Relief (ECF Doc. No. 913), filed October 9, 2012, is **TAKEN UNDER ADVISEMENT.** |

**ORDERED:**   Defendants' Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure Rule 56 (ECF Doc. No. 919), filed October 9, 2012, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendants' Motion for Sanctions and Attorney's Fees (ECF Doc. No. 920), filed October 9, 2012, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant Stewart Title of California's Motion for Summary Judgment (ECF Doc. No. 939), filed October 11, 2012, is **TAKEN UNDER ADVISEMENT.**

**4:43 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   2:36**