UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

   Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, ET AL.,

   Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

   THIS MATTER is before the Court on Security Service Federal Credit Union's ("SSFCU") Motion To Strike [ECF No. 1104], filed on April 29, 2013.  SSFCU, *inter alia*, seeks to strike First American Mortgage Funding, LLC, First American Mortgage, Inc., Construction Disbursement Services, Inc., and Construction Financial Services, LLC's ("the FAM Defendants") Motion For Joinder [ECF No. 1095].

   In light of my May 22, 2013, Order [ECF No. 1110] granting the FAM Defendants' Motion To Withdraw Motion [ECF No. 1108], which effectively withdrew their Motion For Joinder [ECF No. 1095], it is

   ORDERED that Security Service Federal Credit Union's motion [ECF No. 1104] is **DENIED AS MOOT**.

   Dated:  June 3, 2013.