UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Case No.   08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, ET AL.,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Orange Coast Title Company of Southern California, Stewart Title Of California, and Lawyers Title Company's Joint Motion To Grant Costs And Amend Judgment Pursuant To F.R.C.P. 54(d) [ECF No. 1080] and Laywers Title Company's Motion To Request Hearing On Bill Of Costs [ECF No. 1098]. After careful consideration, it is

ORDERED that the Joint Motion To Grant Costs And Amend Judgment Pursuant To F.R.C.P. 54(d) [ECF No. 1080] is **GRANTED**, and judgment is amended to state that Orange Coast Title Company of Southern California, Stewart Title Of California, and Lawyers Title Company are entitled to costs.  The parties shall comply with D.C.COLO.LCivR 54.1 regarding taxation of costs and the Clerk of Court shall determine when to set a hearing regarding the parties' proposed bill of costs. It is

- 2 -

FURTHER ORDERED that Laywers Title Company's Motion To Request Hearing On Bill Of Costs [ECF No. 1098] is **DENIED**.

Dated: February 4, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge