IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

    Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC; et al,

    Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC,

    Third Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC.; et al

    Third Party Defendants.

FIRST AMERICAN MORTGAGE FUNDING, LLC; et al,

    Cross-Claim Plaintiffs,

v.

KENNETH E. NORTH, et al,

    Cross-Claim Defendants.

FIRST AMERICAN MORTGAGE FUNDING, INC., et al,

    Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

    Counterclaim Defendant.

**ORDER**

THIS MATTER is before the Court on the Motion for Further Consideration Re Bill of Costs by Defendant Orange Coast Title Company of Southern California (ECF No. 1134), filed March 20, 2014.   The Plaintiff filed a response (ECF No. 1135) on April 9, 2014.   On November 4, 2014, the United States Court of Appeals for the Tenth Circuit issued an opinion (ECF No. 1136) that reversed the Court's Order (ECF No. 1067) granting summary judgment in favor of the Defendants.   As such, it is

ORDERED that the Motion for Further Consideration Re Bill of Costs by Defendant Orange Coast Title Company of Southern California (ECF No. 1134) is **DENIED as moot**.

Dated:   January 12, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE