IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,
    Plaintiff,
v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*
    Defendants.
_____

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*
    Third-Party Plaintiff,
v.

STEWART TITLE OF CALIFORNIA, INC., *et al.*,
    Third-Party Defendants.
_____

FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*,
    Cross-Claim Plaintiffs,
v.

KENNETH E. NORTH, *et al.*,
    Cross-Claim Defendants.
_____

FIRST AMERICAN MORTGAGE FUNDING, LLC., *et al.*,
    Counterclaim Plaintiffs,
v.

SECURITY SERVICE FEDERAL CREDIT UNION, *et al.*,
    Counterclaim Defendants.
_____

# ORDER
_____

Magistrate Judge Craig B. Shaffer

    Pursuant to the withdrawal of all counsel from Smith Dollar PC from

representation of Plaintiff Security Service Federal Credit Union on or about November 21, 2013 (*see* Docs. # 648, # 648-1, # 1119, and # 1121),

IT IS ORDERED that attorney Sean Michael Beehler is withdrawn as counsel of record in this civil action.   The Clerk of the Court is instructed to terminate electronic notification and to remove attorney Sean Michael Beehler from the Notice of Electronic Mailing.

DATED at Denver, Colorado, this 28th day of July, 2015.

BY THE COURT:


　　　　　s/Craig B. Shaffer　　　　　
United States Magistrate Judge