IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 08-cv-00955-WYD-CBS         Date: August 26, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | Austin Garner (by phone) |
| Plaintiff, | |
| v. | |
| FIRST AMERICAN MORTGAGE FUNDING, LLC, *et al.*, | William Depuy |
| | Alan Sweetbaum |
| | Joshua McMahon |
| | Kevin Jordan *Pro se* (by phone) |
| | Mark Campbell *Pro se* (by phone) |
| | Shaun Jordan *Pro se* |
| | Juan Villasenor (by phone) |
| | Damon Frank (by phone) |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:05 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *[1195] National Credit Union Administration's Motion for a Protective Order*. Discussion regarding the status of discovery.

Further discussion and argument regarding the motion.

**ORDERED:** *[1195] National Credit Union Administration's Motion for a Protective Order* is **GRANTED** as stated on the record. Mr. Pepples' deposition is STAYED.

Hearing Concluded.

**Court in recess: 10:53 a.m.**
Time in court: 00:48

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.