**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   December 16, 2015 |
| E.C.R./Reporter:      Janet Coppock | |

Civil Action No: **08-cv-00955-WYD-CBS**          Counsel:

**SECURITY SERVICE FEDERAL CREDIT UNION**,                Austin D. Garner

       Plaintiff,

v.

**FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.**,

       Defendants.

Alan D. Sweetbaum
Joshua D. McMahon
Markus D. Self
Jeffrey M. Lippa
William D. Depuy
Shaun Jordan (Pro Se)
Kevin Joran (Pro Se)
Mark Campbell (Pro Se)

**COURTROOM MINUTES**

**MOTIONS HEARING**

**2:06 p.m.**         Court in Session

          APPEARANCES OF COUNSEL AND PARTIES.

          Court's opening remarks.

          Discussion regarding settlement between Plaintiff and Defendants, Lawyers Title Company and First American Mortgage Funding, LLC.

| | |
|---|---|
| **ORDERED:** | Settlement papers as to Plaintiff and Defendants, Lawyer's Title Company and First American Mortgage Funding, LLC, shall be filed not later than **Friday, January 15, 2016.** |
| **ORDERED:** | Defendant Lawyer's Title Company's Renewed Motion for Summary Judgment Against Security Service Federal Credit Union [ECF Doc. No. 1160], filed March 6, 2015, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant Lawyer's Title Company's Motion for Judgment on the Pleadings Against First American Mortgage [ECF Doc. No. 1163], filed March 6, 2015, is **DENIED AS MOOT.** |
| | Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion to Dismiss [ECF Doc. No. 1152], filed March 6, 2015, is raised for argument. |
| 2:19 p.m. | Argument by Plaintiff (Mr. Garner). |
| 2:25 p.m. | Argument by Defendants (Mr. Self). |
| 2:27 p.m. | Argument by Plaintiff (Mr. Garner). |
| **ORDERED:** | Defendant and Third-Party Defendant Orange Coast Title Company of Southern California's Motion to Dismiss [ECF Doc. No. 1152], filed March 6, 2015, is **GRANTED.** |
| | Defendant Stewart Title of California, Inc.'s Motion to Dismiss [ECF Doc. No. 1158], filed March 6, 2015, is raised for argument. |
| 2:30 p.m. | Argument by Defendants (Mr. McMahon). |
| 2:36 p.m. | Argument by Plaintiff (Mr. Garner). |
| 2:43 p.m. | Argument by Defendants (Mr. McMahon). |
| **ORDERED:** | Defendant Stewart Title of California, Inc.'s Motion to Dismiss [ECF Doc. No. 1158], filed March 6, 2015, is **GRANTED.** |
| | Defendant and Third Party Defendant Orange Coast Title Company of Southern California's Motion for Summary Judgment Per F.R.Civ.P. 56 [ECF Doc. No. 1155], filed March 6, 2015, and Defendant Stewart Title of California's Motion for Summary Judgment [ECF Doc. No. 1157], filed March 6, 2015, are raised for argument. |

2:49 p.m.        Argument by Defendants (Mr. Self).

2:56 p.m.        Argument by Defendants (Mr. McMahon).

3:01.m.          Argument by Plaintiff (Mr. Garner).

3:04 p.m.        Argument by Defendants (Mr. Self).

3:14 p.m.        Argument by Defendants (Mr. McMahon).

3:16 p.m.        Argument by Plaintiff (Mr. Garner).

3:22 p.m.        Argument by Defendants (Mr. Self).

3:24 p.m.        Argument by Defendants (Mr. McMahon).

**ORDERED:**     Defendant and Third Party Defendant Orange Coast Title Company of Southern California's Motion for Summary Judgment Per F.R.Civ.P. 56 [ECF Doc. No. 1155], filed March 6, 2015, is **DENIED** as to breach of contract claim.  Summary judgment as to tort claims is **DENIED AS MOOT.**

**ORDERED:**     Defendant Stewart Title of California's Motion for Summary Judgment [ECF Doc. No. 1157], filed March 6, 2015, is **DENIED** as to breach of contract claims. Summary judgment as to tort claims is **DENIED AS MOOT.**

Defendant and Third Party Defendant Orange Coast Title Company of Southern California's Motion for Judgment on the Pleadings [ECF Doc. No. 1153], filed March 6, 2015, and Defendant Stewart Title of California's Motion for Judgment on the Pleadings Against First American Mortgage's Third Party Complaint, Cross Claims and Counterclaims [ECF Doc. No. 1159], filed March 6, 2015, are raised for argument.

3:33 p.m.        Argument by Defendants (Mr. Depuy).

3:41 p.m.        Argument by Defendants (Mr. Self).

**ORDERED:**     Defendant and Third Party Defendant Orange Coast Title Company of Southern California's Motion for Judgment on the Pleadings [ECF Doc. No. 1153], filed March 6, 2015, which is converted to a motion for summary judgment by the Court, is **GRANTED IN PART and DENIED IN PART.**  The motion is **GRANTED** as to indemnity and contribution claims and **DENIED** as to breach of contract claims.

| | |
|---|---|
| **ORDERED:** | Defendant Stewart Title of California's Motion for Judgment on the Pleadings Against First American Mortgage's Third Party Complaint, Cross Claims and Counterclaims [ECF Doc. No. 1159], filed March 6, 2015, which is converted to a motion for summary judgment by the Court, is **GRANTED IN PART and DENIED IN PART.** The motion is **GRANTED** as to indemnity and contribution claims and **DENIED** as to breach of contract claims. |
| | Defendants First American Mortgage Funding, LLC, First American Mortgage, Inc., Construction Disbursement Services, Inc., Construction Financial Services, LLC, Kevin B. Jordan, William Depuy, Shaun Jordan and Mark Campbell's Consolidated Motion for Summary Judgement Pursuant to Federal Rule of Civil Procedure Rule 56 [ECF Doc. No. 1161], filed March 6, 2015, is raised for argument. |
| 3:43 p.m. | Argument by Defendants (Mr. Depuy). |
| **3:48 p.m.** | Court in Recess |
| **4:08 p.m.** | Court in Session |
| **ORDERED:** | Defendants Stewart Title of California, Inc. and Orange Coast Title Company of Southern California shall file answers to Plaintiff's Fourth Amended Complaint not later than **Friday, January 8, 2016.** |
| | Plaintiff Security Service Federal Credit Union's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment of the First and Twelfth Claims for Relief [ECF Doc. No. 1154], filed March 6, 2015, is raised for argument. |
| 4:11 p.m. | Argument by Plaintiff (Mr. Garner). |
| 4:12 p.m. | Argument by Defendants (Mr. Depuy). |
| **ORDERED:** | Plaintiff Security Service Federal Credit Union's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment of the First and Twelfth Claims for Relief [ECF Doc. No. 1154], filed March 6, 2015, is **DENIED.** |
| | Defendants First American Mortgage Funding, LLC, First American Mortgage, Inc., Construction Disbursement Services, Inc., Construction Financial Services, LLC, Kevin B. Jordan, William Depuy, Shaun Jordan and Mark Campbell's Consolidated Motion for Summary Judgement Pursuant to Federal Rule of Civil Procedure Rule 56 [ECF Doc. No. 1161], filed March 6, 2015, is raised for argument. |

| | |
|---|---|
| 4:14 p.m. | Argument by Defendants (Mr. Depuy). |
| 4:21 p.m. | Argument by Plaintiff (Mr. Garner). |
| 4:21 p.m. | Argument by Defendants (Mr. Depuy). |
| **ORDERED:** | Defendants First American Mortgage Funding, LLC, First American Mortgage, Inc., Construction Disbursement Services, Inc., Construction Financial Services, LLC, Kevin B. Jordan, William Depuy, Shaun Jordan and Mark Campbell's Consolidated Motion for Summary Judgement Pursuant to Federal Rule of Civil Procedure Rule 56 [ECF Doc. No. 1161], filed March 6, 2015, is **DENIED IN PART and TAKEN UNDER ADVISEMENT IN PART.** |
| **ORDERED:** | Defendants Kevin B. Jordan, Shaun Jordan, Mark Campbell and William Depuy's Opposed Verified Combined Motion for Leave to Supplement Motion for Summary Judgment and Motion for Continuance of the Court Hearing Date Set for December 16, 2015 [ECF Doc. No. 1219], filed December 10, 2015, is **GRANTED** in part as to leave to supplement motion for summary judgment. The motion is **MOOT** as to the motion for continuance. |
| **ORDERED:** | Defendant and Third Party Defendant Orange Coast Title Company of Southern California's Motion to Submit Supplemental Authority in Support of Motion for Summary Judgment Per F.R.Civ.P. 56 [ECF Doc. No. 1220], filed December 11, 2015, is **GRANTED.** |
| **ORDERED:** | Defendant Stewart Title of California's Motion to File Supplemental Authority in Support of its Motion for Summary Judgment [ECF Doc. No. 1224], filed December 11, 2015, is **GRANTED.** |
| **ORDERED:** | Plaintiff Security Service Federal Credit Union's Motion to Submit Supplemental Evidence in Support of It's the Opposition to Orange Coast Title's Motion for Summary Judgment [ECF Doc. No. 1225], filed December 11, 2015, is **GRANTED.** |
| | Court indicates that a written order shall follow. |
| **ORDERED:** | Any supplemental materials shall be filed by **Friday, January 8, 2016.** |
| 4:30 p.m. | Discussion regarding setting the case for trial and the possible filing of motions in limine. |
| **ORDERED:** | A 3-week jury trial is hereby set to commence on **Monday, June 6, 2016, at 9:00 a.m., in Courtroom A-1002.** |

**ORDERED:**   Trial preparation conference is set for **Friday, May 13, 2016, at 1:30 p.m., in Courtroom A-1002.**

**4:48 p.m.**   Court in Recess - HEARING CONCLUDED.

<u>**TOTAL TIME:   2:22**</u>