IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00955-WYD-CBS

SECURITY SERVICE FEDERAL CREDIT UNION,

Plaintiff,

v.

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC,

Third-Party Plaintiff,

v.

STEWART TITLE OF CALIFORNIA, INC., et al.

Third-Party Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

Cross-claim Plaintiffs,

v.

FIRST AMERICAN MORTGAGE, INC., et al.

Cross-claim Defendants.

---

FIRST AMERICAN MORTGAGE FUNDING, LLC, et al.

Counterclaim Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION,

Counterclaim Defendant.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

The Unopposed Joint Motion to Continue Trial Date filed April 26, 2016 (ECF No. 1276) is **GRANTED**. The 15 day jury trial set to commence on Monday, June 6, 2016, and the Final Trial Preparation Conference set on May 13, 2016, at 1:30 p.m. are **VACATED**.

The 15 day jury trial is **RESET** to commence on **Monday, December 5, 2016** at **9:00 a.m.** The Final Trial Preparation Conference is **RESET** to **Thursday, November 3, 2016, at 1:30 p.m.** Counsel and the parties are encouraged to make every effort to make themselves available on these dates. If, however, there is an unavoidable conflict with these dates, a motion to continue shall be filed no later than **Wednesday, May 11, 2016**.

In light of the continuance of trial, the motions in limine filed in this case (ECF Nos. 1250 through1264) are **DENIED WITHOUT PREJUDICE**. No motion in limine shall be refiled unless I have approved its filing. The parties shall attempt to limit the number of motions in limine they wish to file, as it appears many of the motions relate to claims that have been dismissed and motions in limine are disfavored.

A status conference is set for **Wednesday, September 14, 2016, at 11:00 a.m.** A joint status report shall be filed by **Friday, September 2, 2016**, that indicates what motions in limine, if any, the parties wish to file (or refile), and any other issues pertaining to trial. I will decide at that conference which motions in limine, if any, may be filed.

Dated: April 27, 2016